CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS

FILED APR 10 2017
SOUTHERN DISTRICT OF MISSISSIPPI
BY ARTHUR JOHNSTON DEPUTY

RECEIVED APR 10 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

$0.46
US POSTAGE FIRST-CLASS
062S0008988116
39501
S85547.001

Deltber Keyes
#391368
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

NIXIE   392   D2 1   0004/06/17
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 39501203603   *1866-07293-28-42

**Other Events**
1:16-cv-00202-HSO-JCG Keyes v. City of Gulfport et al **CASE CLOSED on 01/25/2017**

CLOSED,JCG

## U.S. District Court

### Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 3/27/2017 at 4:33 PM CDT and filed on 3/27/2017
**Case Name:**       Keyes v. City of Gulfport et al
**Case Number:**     1:16-cv-00202-HSO-JCG
**Filer:**           Deltber Keyes
**WARNING: CASE CLOSED on 01/25/2017**
**Document Number:** No document attached

**Docket Text:**
**Partial Payment of Filing fee made by: Plaintiff Deltber Keyes $4.10, receipt number 34643044092, copy of docket entry mailed to plaintiff. (RLW)**


**1:16-cv-00202-HSO-JCG Notice has been electronically mailed to:**

Jeffrey S. Bruni - City Gov    jbruni@gulfport-ms.gov, khale@gulfport-ms.gov, rrock@gulfport-ms.gov, tsones@gulfport-ms.gov

**1:16-cv-00202-HSO-JCG Notice has been delivered by other means to:**

Deltber Keyes
#391368
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503